UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-36-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| V. } | ORDER TO SEAL |
| } | |
| RACQUEL TRACEY-ANN STEWART } | |

On motion of the Defendant Racquel Tracey-Ann Stewart, and for good cause shown, It is hereby ORDERED the Defendant's Psychological Evaluation(DE 65) be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 7th day of November, 2012.

LOUISE W. FLANAGAN
United States District Judge